THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCALLACI, Appellant, against J. F. McNEILL, as Superintendent of the State Institution at Napanoch, Respondent.

Submitted January 5, 1942; decided January 15, 1942.

*John J. Bennett, Jr., Attorney-General (James A. Noonan* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed for failure to comply with rule 1.